**Form 237**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Howard B. Corle** : | Case No. 12−70623−JAD |
| **Annette Grace Corle** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| The Bank of New York Mellon Trust Company, : | |
| Et al. : | Related to Claim No. 3 |
| *Movant,* : | |
| : | |
| v. : | |
| Howard B. Corle : | |
| Annette Grace Corle : | |
| Ronda J. Winnecour, Esq., Trustee : | |
| *Respondent.* : | |

## ORDER

     **AND NOW**, this **25th day of May, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *The Bank of New York Mellon Trust Company, Et al.* at Claim No. 3 in the above−captioned bankruptcy case,

     It is hereby ***ORDERED*** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)   an ***AMENDED CHAPTER 13 PLAN;***

    (2)   a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)   an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

     *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

 

                                                  <u>Jeffery A. Deller</u>
                                                  United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Howard B. Corle  
Annette Grace Corle  
      Debtors

Case No. 12-70623-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7        User: aala        Page 1 of 1        Date Rcvd: May 25, 2017  
                      Form ID: 237        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2017.  
db/jdb        +Howard B. Corle,   Annette Grace Corle,   3990 Cortland Drive,   New Paris, PA 15554-7703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2017 at the address(es) listed below:

        Andrew F Gornall   on behalf of Creditor   The Bank of New York Mellon Et Al...  
         agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Andrew F Gornall   on behalf of Creditor   GMAC MORTGAGE, LLC agornall@goldbecklaw.com,  
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Andrew John Marley   on behalf of Creditor   The Bank of New York Mellon Et Al...  
         amarley@sterneisenberg.com, ckohn@sterneisenberg.com  
        James Warmbrodt   on behalf of Creditor   The Bank of New York Mellon Trust Company, Et al.  
         bkgroup@kmllawgroup.com  
        Mario J. Hanyon   on behalf of Creditor   The Bank of New York Mellon Et Al... pawb@fedphe.com  
        Mario J. Hanyon   on behalf of Creditor   The Bank of New York Mellon Trust Company, Et al.  
         pawb@fedphe.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Paul W. McElrath, Jr.   on behalf of Joint Debtor Annette Grace Corle ecf@mcelrathlaw.com,  
         donotemail.ecfbackuponly@gmail.com  
        Paul W. McElrath, Jr.   on behalf of Debtor Howard B. Corle ecf@mcelrathlaw.com,  
         donotemail.ecfbackuponly@gmail.com  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
        Thomas Song   on behalf of Creditor   The Bank of New York Mellon Trust Company, Et al.  
         thomas.song@phelanhallinan.com  
                                                TOTAL: 11