**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/07/2017

IN RE:

HOWARD B. CORLE
ANNETTE GRACE CORLE
3990 CORTLAND DRIVE
NEW PARIS, PA 15554
XXX-XX-3930          Debtor(s)

XXX-XX-0588

Case No.12-70623 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/7/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **BANK OF NEW YORK MELLON**<br>C/O OCWEN LOAN SERVICING LLC(*)<br>1661 WORTHINGTON RD STE 100<br>WEST PALM BEACH, FL 33409-6493 | Trustee Claim Number:1  INT %: 0.00%<br>Court Claim Number:3-2<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4PMT-LMT*BNY/PL*1ST/SCH*BGN 8/12*AMD*FR BNY/GMAC-DOC 77 | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2683 |
| **SPECIALIZED LOAN SERVICING LLC**<br>PO BOX 636007<br>LITTLETON, CO 80163 | Trustee Claim Number:2  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 0.00<br>COMMENT: 221.59/PL@ONE MAIN*212.02x(60+2)=LMT*2ND/SCH*BGN 8/12*FR CITIFNCL-DOC 1 | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 1653 |
| **ONE MAIN BANK(*)**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number:3  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SURR/PL | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8135 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number:4  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 7,293.29<br>COMMENT: 3930 L10*8177@4.25%MDF/PL*2B506/PL*CL=8177.10*PIF/CR/LTR | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3930 |
| **ALTOONA FIRST SVNGS BANK/FRMR**<br>ALTOONA FEDERAL S&L<br>203 N LOGAN BLVD<br>ALTOONA, PA 16602 | Trustee Claim Number:5  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 0671 |
| **BANK OF AMERICA****<br>ATTN FIA CARD SVCS-PMT SVCS<br>1000 SAMOSET DR<br>NEWARK, DE 19713 | Trustee Claim Number:6  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 9307 |
| **BENEFICIAL/HFC(*)**<br>POB 4153-K<br>CAROL STREAM, IL 60197-4153 | Trustee Claim Number:7  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9402 |
| **BENEFICIAL/HFC(*)**<br>POB 4153-K<br>CAROL STREAM, IL 60197-4153 | Trustee Claim Number:8  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 9191 |
| **BENEFICIAL/HFC(*)**<br>POB 4153-K<br>CAROL STREAM, IL 60197-4153 | Trustee Claim Number:9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 4061 |
| **BENEFICIAL/HFC(*)**<br>POB 4153-K<br>CAROL STREAM, IL 60197-4153 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 4380 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **BURGMEIERS HAULING INC**<br>RR1 BX 938<br>ALTOONA, PA 16601-9801 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CHESTNUT RIDGE AREA JOINT MUNIC AUTH**<br>320 LANE METAL RD<br>NEW PARIS, PA 15554 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: ? |
| **CACH LLC/CACV/COLLECT AMERICA(*)**<br>PO BOX 5980<br>DENVER, CO 80217 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9208 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 9 | CLAIM: 1,164.39<br>COMMENT: CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7502 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 8 | CLAIM: 708.40<br>COMMENT: CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7664 |
| **CHASE**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 3318 |
| **FINGERHUT DIR MKTNG INC/CIT\*\***<br>6250 RIDGEWOOD RD<br>ST CLOUD, MN 56303 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 2031 |
| **CITIBANK NA(*)**<br>4740 121ST ST<br>URBANDALE, IA 50323 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 4574 |
| **CITIFINANCIAL INC (NON-RE*)**<br>POB 70923<br>CHARLOTTE, NC 28272-0923 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 3897 |
| **CITIFINANCIAL INC (NON-RE*)**<br>POB 70923<br>CHARLOTTE, NC 28272-0923 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 4994 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CITIFINANCIAL INC (NON-RE*)**<br>POB 70923<br>CHARLOTTE, NC 28272-0923 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 5322 |
| **CITIZENS BANK***<br>1 CITIZENS DRIVE<br>RIVERSIDE, RI 02915 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 0001 |
| **EQUITY ONE INC++**<br>301 LIPPINCOTT DR*<br>MARLTON, NJ 08053 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6598 |
| **US DEPARTMENT OF EDUCATION**<br>FEDLOAN SERVICING<br>POB 530210<br>ATLANTA, GA 30353-0210 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 9,362.87<br>COMMENT: NO$~0001/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0588 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 509.68<br>COMMENT: METABNK/SCH*BLUESTEM/FINGERHUT | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2031 |
| **FNB CONSUMER DISCOUNT++**<br>422 NORTH CENTER STREET<br>CORRY, PA 16407 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0601 |
| **GEMB/JCPENNEY++**<br>ATTENTION: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA 30076 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH~NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7021 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 833.31<br>COMMENT: NO$~JCP/SCH*SQUARETWO/GECRB | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1302 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 1,121.06<br>COMMENT: NO$/SCH*GECRB/WAL-MART | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9113 |
| **WAL MART++**<br>C/O GE MONEY BANK<br>POB 103104<br>ROSWELL, GA 30076 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 4552 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **IRWIN HOME EQUITY++**<br>12677 ALCOSTA BLVD STE 500<br>POB 1368<br>SAN RAMON, CA 94583 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 7766 |
| **NORTHWEST CONSUMER DISC CO(*)**<br>POB 863<br>WARREN, PA 16365 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0005 |
| **NORTHWEST CONSUMER DISC CO(*)**<br>POB 863<br>WARREN, PA 16365 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 0001 |
| **NORTHWEST CONSUMER DISC CO(*)**<br>POB 863<br>WARREN, PA 16365 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 0001 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 481.42<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0L90 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SEE CID 29 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9113 |
| **SANTANDER CONSUMER USA(*)**<br>PO BOX 660633<br>DALLAS, TX 75266 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 1000 |
| **SEARS/CITI CARD USA\*++**<br>BANKRUPTCY DEPT*<br>POB 182149*<br>COLUMBUS, OH 43218 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 8121 |
| **SEARS/CITI CARD USA\*++**<br>BANKRUPTCY DEPT*<br>POB 182149*<br>COLUMBUS, OH 43218 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 9366 |
| **FASHION BUG++**<br>4661 EAST MAIN STREET<br>COLUMBUS, OH 43213 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 8184 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number:5 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3245 | CLAIM: 2,651.30<br>COMMENT: FR SPRINGLEAF-DOC 60 |
| **STATE COLLECTION SERVICE INC**<br>POB 6250<br>MADISON, WI  53701 | Trustee Claim Number:42  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8536 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH~NO$/SCH |
| **DELL INC**<br>BLDG 1 MS 8052<br>1 DELL WAY<br>ROUND ROCK, TX  78682 | Trustee Claim Number:43  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7867 | CLAIM: 0.00<br>COMMENT: NO$/SCH~WEBBANK/SCH |
| **FASHION BUG++**<br>4661 EAST MAIN STREET<br>COLUMBUS, OH  43213 | Trustee Claim Number:44  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 8184 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH~WFNNB/SCH |
| **BANK OF NEW YORK MELLON**<br>C/O OCWEN LOAN SERVICING LLC(*)<br>1661 WORTHINGTON RD STE 100<br>WEST PALM BEACH, FL  33409-6493 | Trustee Claim Number:45  INT %: 0.00%<br>Court Claim Number:3-2 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2683 | CLAIM: 1,165.58<br>COMMENT: CL3-2ARRS GOV*$0/PL*1ST/SCH*THRU 7/12*AMD*FR BNY/GMAC-DOC 77*DK |
| **SPECIALIZED LOAN SERVICING LLC**<br>PO BOX 636007<br>LITTLETON, CO  80163 | Trustee Claim Number:46  INT %: 0.00%<br>Court Claim Number:4 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1653 | CLAIM: 212.02<br>COMMENT: $/CL-PL@ONE MAIN BANK/PL*2ND/SCH*THRU 7/12*FR CITIFINANCIAL-DOC 100*WI |
| **BANK OF NEW YORK MELLON**<br>C/O OCWEN LOAN SERVICING LLC(*)<br>1661 WORTHINGTON RD STE 100<br>WEST PALM BEACH, FL  33409-6493 | Trustee Claim Number:47  INT %: 0.00%<br>Court Claim Number:03-2 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 2683 | CLAIM: 0.00<br>COMMENT: LMP TERM/DOE*W/1,45*FR BNY C/O GMAC MTG-DOC 77*DK |