**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  HOWARD B. CORLE<br>ANNETTE GRACE CORLE<br>          Debtor(s) | Case No..12-70623JAD |
| Ronda J. Winnecour, Trustee<br>      Movant<br>        vs.<br>  HOWARD B. CORLE<br>ANNETTE GRACE CORLE<br><br>      Respondents | Chapter 13<br><br>Document No._____ |

**MOTION FOR ORDER TO STOP PAYROLL DEDUCTION**

An order to pay Trustee was previously issued in this case against,

Bur Of Comm Payroll Operations*
Attn: Payroll Manager
Pob 8006
Harrisburg, PA 17105

an entity from whom the debtor'(s) receives income.  The Trustee requests that this Court enter an order stopping the payroll deduction in this case for the reason(s) set forth below-

CASE HAS A PENDING FINAL AUDIT. DEBTOR TO TAKE OVER LONG TERM DEBT AUGUST - 2017.

WHEREFORE, the Trustee respectfully requests that the Court enter an order terminating the payroll deduction in the above-referenced case.

| | |
|---|---|
| 7/13/2017 | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399 |
| cc: Debtor(s)<br>PAUL W MCELRATH JR ESQ | CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |