# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    HOWARD B. CORLE<br>ANNETTE GRACE CORLE<br>            Debtor(s)<br>    Ronda J. Winnecour, Trustee<br>        Movant<br>            vs.<br>    HOWARD B. CORLE<br>ANNETTE GRACE CORLE<br><br>        Respondents | Bankruptcy No.12-70623-JAD<br><br>Chapter 13<br><br>Related To Doc. No. 118 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 20th day of July, 2017, it is hereby ORDERED, ADJUDGED and DECREED that,

> Bur Of Comm Payroll Operations*
> Attn: Payroll Manager
> Pob 8006
> Harrisburg, PA 17105

is hereby ordered to immediately terminate the attachment of the wages of HOWARD B. CORLE, social security number XXX-XX-3930. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of HOWARD B. CORLE.

BY THE COURT:

_____
JEFFERY A. DELLER          mas
CHIEF UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
7/20/17 7:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-70623-JAD
Howard B. Corle                                                         Chapter 13
Annette Grace Corle
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7    User: msch              Page 1 of 1            Date Rcvd: Jul 20, 2017
                        Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2017.
db/jdb         +Howard B. Corle,   Annette Grace Corle,   3990 Cortland Drive,   New Paris, PA 15554-7703
               +Bur of Comm Payroll Operations,   Attn: Payroll Manager,   P.O. Box 8006,
                 Harrisburg, PA 17105-8006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   The Bank of New York Mellon Et Al...
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor   GMAC MORTGAGE, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew John Marley    on behalf of Creditor   The Bank of New York Mellon Et Al...
               amarley@sterneisenberg.com,   ckohn@sterneisenberg.com
              James Warmbrodt    on behalf of Creditor   The Bank of New York Mellon Trust Company, Et al.
               bkgroup@kmllawgroup.com
              Mario J. Hanyon    on behalf of Creditor   The Bank of New York Mellon Et Al... pawb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor   The Bank of New York Mellon Trust Company, Et al.
               pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Howard B. Corle ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Annette Grace Corle ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Song    on behalf of Creditor   The Bank of New York Mellon Trust Company, Et al.
               thomas.song@phelanhallinan.com
                                                                                             TOTAL: 11