**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 12-70623-JAD |
| Howard B. Corle and | : | |
| Annette Grace Corle, | : | Chapter 13 |
|     Debtors | : | |
| | : | |
| | : | |
| Howard B. Corle and | : | |
| Annette Grace Corle, | : | |
|     Movants | : | |
| v. | : | |
| | : | |
| Ronda J. Winnecour, | : | |
| Ch. 13 Trustee | : | |
|     Respondent | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On May 23, 2017 at docket numbers 110 & 111, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*.

   This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: July 28, 2017                BY:   /s/ Paul W. McElrath
                                                                 Paul W. McElrath, Esquire
                                                                 Attorney for Debtor/Movant
                                                                 PA I.D. #86220
                                                                 1641 Saw Mill Run Blvd.
                                                                 Pittsburgh, PA 15210
                                                                 (412) 765-3606

**PAWB Local Form 24 (07/13)**