**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | HOWARD B. CORLE |
| Debtor 2 (Spouse, if filing) | ANNETTE GRACE CORLE |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number: | 12-70623JAD |

Form 4100N

# Notice of Final Cure Payment           10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

| | |
|---|---|
| Name of creditor: | BANK OF NEW YORK MELLON |
| Court claim no. (if known): | 3-2 |
| Last 4 digits of any number you use to identify the debtor's account | 2 6 8 3 |
| Property Address: | 3990 CORTLAND DR<br>NEW PARIS PA 15554 |

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**                                                         Amount

| | | |
|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ 1,165.58 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ 1,165.58 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ 1,165.58 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment                                                                                   $ $581.47

The next postpetition payment is due on   8 / 1 / 2017
                                                                                MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| | | | |
|---|---|---|---|
| Debtor 1 | **HOWARD B. CORLE** | Case number *(if known)* | **12-70623JAD** |
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

X /s/ Ronda J. Winnecour        Date  09/20/2017
Signature

Trustee     Ronda J. Winnecour

Address     CHAPTER 13 TRUSTEE WD PA
            600 GRANT STREET
            SUITE 3250 US STEEL TWR
            PITTSBURGH, PA  15219

Contact phone  (412) 471-5566            Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | HOWARD B. CORLE | Case number *(if known)* | 12-70623JAD |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---:|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 07/24/2014 | 0901843 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 1,165.58 |
| | | | | 1,165.58 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 10/29/2012 | 0816455 | GMAC MORTGAGE CORP* | AMOUNTS DISBURSED TO CREDITOR | 2,008.19 |
| 11/27/2012 | 0820557 | GMAC MORTGAGE CORP* | AMOUNTS DISBURSED TO CREDITOR | 807.37 |
| 12/21/2012 | 0823598 | BANK OF NEW YORK | AMOUNTS DISBURSED TO CREDITOR | 400.37 |
| 06/30/2014 | | BANK OF NEW YORK MELLON | REALLOCATION OF CONTINUING DEBT | 6,549.49 |
| 07/24/2014 | 0901843 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 4,565.10 |
| 08/26/2014 | 0905939 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 574.52 |
| 09/29/2014 | 0909990 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 574.52 |
| 10/29/2014 | 0914155 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 574.52 |
| 11/24/2014 | 0918182 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 574.52 |
| 12/22/2014 | 0922840 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 574.52 |
| 01/27/2015 | 0926807 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 574.52 |
| 02/24/2015 | 0930998 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 574.52 |
| 03/26/2015 | 0935016 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 574.52 |
| 04/24/2015 | 0939162 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 574.52 |
| 05/26/2015 | 0943330 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 574.52 |
| 06/23/2015 | 0947344 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 574.52 |
| 07/28/2015 | 0951298 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 574.52 |
| 08/26/2015 | 0955406 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 574.52 |
| 09/28/2015 | 0959393 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 574.52 |
| 10/26/2015 | 0963269 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 555.79 |
| 11/24/2015 | 0967378 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 555.79 |
| 12/22/2015 | 0971488 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 555.79 |
| 01/26/2016 | 0975473 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 555.79 |
| 02/24/2016 | 0979481 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 555.79 |
| 03/28/2016 | 0983417 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 555.79 |
| 04/22/2016 | 0987741 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 555.79 |
| 05/24/2016 | 0991666 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 555.79 |
| 06/27/2016 | 1000391 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 555.79 |
| 07/26/2016 | 1004389 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 555.79 |
| 08/26/2016 | 1008355 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 555.79 |
| 09/27/2016 | 1012386 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 555.79 |
| 10/26/2016 | 1016309 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 555.79 |
| 11/21/2016 | 1019729 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 555.79 |
| 12/21/2016 | 1022984 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 555.79 |
| 01/27/2017 | 1026367 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 555.79 |
| 02/24/2017 | 1029862 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 555.79 |
| 03/28/2017 | 1033232 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 555.79 |
| 04/21/2017 | 1036623 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 555.79 |
| 05/25/2017 | 1039872 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 555.79 |
| 06/27/2017 | 1043217 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 636.21 |
| 07/25/2017 | 1046573 | BANK OF NEW YORK MELLON | AMOUNTS DISBURSED TO CREDITOR | 69.06 |
| | | | | 34,194.87 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

HOWARD B. CORLE
ANNETTE GRACE CORLE
3990 CORTLAND DRIVE
NEW PARIS, PA  15554

PAUL W MCELRATH JR ESQ
MCELRATH LEGAL HOLDINGS LLC
1641 SAW MILL RUN BLVD
PITTSBURGH, PA  15210

BANK OF NEW YORK MELLON
C/O OCWEN LOAN SERVICING LLC(*)
1661 WORTHINGTON RD STE 100
WEST PALM BEACH, FL  33409-6493

OCWEN LOAN SERVICING LLC**
ATTN BANKRUPTCY NOTICING
PO BOX 24605
WEST PALM BEACH, FL  33416-4605

JAMES C WARMBRODT ESQ
KML LAW GROUP PC
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

9/20/17

/s/ Renee Ward
Administrative Assistant
Office of the Chapter 13 Trustee