**Form 408**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Howard B. Corle**
**Annette Grace Corle**
   Debtor(s)

Bankruptcy Case No.: 12–70623–JAD
Doc. No. 125
Chapter: 13
Docket No.: 126 – 125

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this 27th day of September, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/7/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **11/17/17 at 10:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/7/17.**

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-70623-JAD
Howard B. Corle                                                           Chapter 13
Annette Grace Corle
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch              Page 1 of 3          Date Rcvd: Sep 27, 2017
                             Form ID: 408             Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2017.
```
db/jdb       +Howard B. Corle,   Annette Grace Corle,   3990 Cortland Drive,   New Paris, PA 15554-7703
cr           +OCWEN LOAN SERVICING, LLC,   Attn: Bankruptcy Department,   P.O. Box 24605,
              WEST PALM BEACH, FL 33416-4605
cr           +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386
cr           +THE BANK OF NEW YORK MELLON,   Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
13416308      Altoona First Savings,   Logan Bv,   Altoona, PA 16602
13434969     +Beneficial,   P.O. Box 3425,   Buffalo, NY 14240-3425
13416310     +Beneficial/Hfc,   Po Box 3425,   Buffalo, NY 14240-3425
13434972     +Burgmeier's Hauling & Recycling, Inc.,   PO Box 929,   Altoona, PA 16603-0929
13434973     +C.R.A.J.M.A.,   320 Lane Metal Road,   New Paris, PA 15554-9238
13416313    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
13416317    ++CITIFINANCIAL,   BANKRUPTCY FORECLOSURE UNIT,   1000 TECHNOLOGY DRIVE,   OFALLON MO 63368-2239
              (address filed with court: Citifinancial,   300 Saint Paul Pl,   Baltimore, MD 21202)
13416314     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13416316     +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13482783      CitiFinancial, Inc.,   P.O. Box 70919,   Charlotte, NC 28272-0919
13416318     +Citizens Bank,   1200 N 7th St,   Harrisburg, PA 17102-1419
13416336    ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
              (address filed with court: Webbank/Dfs,   1 Dell Way,   Round Rock, TX 78682)
13416319     +Equity One,   301 Lipponcott Dr,   Marlton, NJ 08053-4197
13416320     +Fed Loan Serv,   Po Box 69184,   Harrisburg, PA 17106-9184
13434982     +Fed Loan Service,   Po Box 69184,   Harrisburg, PA 17106-9184
13534832      FedLoan Servicing,   P.O. Box 69184,   Harrisburg, PA 17106-9184
13434983     +Fingerhut/Metbk,   Post Office Box 166,   Newark, NJ 07101-0166
13416322     +Fnb Consumer Disc Co,   118 S Center Ave,   Somerset, PA 15501-2055
13416325     +Gmac Mortgage,   3451 Hammond Ave,   Waterloo, IA 50702-5300
13416326    ++IRWIN HOME EQUITY,   ATTN MELINDA LAYMAN,   P O BOX 929,   COLUMBUS IN 47202-0929
              (address filed with court: Irwin Home Equity,   12677 Alcosta Blvd Ste 5,
              San Ramon, CA 94583)
13416327     +Northwest Cons Disc Co,   129 S Juliana St,   Bedford, PA 15522-1304
13434992     +P S E C U,   Po Box 1006,   Harrisburg, PA 17108-1006
13416331     +Santander Consumer Usa,   Po Box 961245,   Ft Worth, TX 76161-0244
13416333     +Sears/Cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
13416332     +Sears/Cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
13416334     +Soanb/Fbug,   745 Center Street,   Milford, OH 45150-1324
14308740     +Specialized Loan Servicing, LLC,   8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
13434999     +State Coleection Services,   2509 S. Stoughton Rd.,   Madison, WI 53716-3314
13877855      The Bank of New York Mellon Trust Company,   c/o Ocwen Loan Servicing, LLC.,
              Attn: Bankruptcy Department,   P.O. Box 24605,   West Palm Beach, FL 33416-4605
13481850      The Bank of New York Mellon et al,   GMAC Mortgage, LLC,   Attn: Payment Processing,
              Ft. Washington, PA 19034
13435000     +UPMC Bedford,   PO Box 382059,   Pittsburgh, PA 15250-0001
13416337     +Wfnnb/Fashion Bug,   Po Box 182272,   Columbus, OH 43218-2272
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13416312     +E-mail/Text: ebn@squaretwofinancial.com Sep 28 2017 01:18:22     Cach, Llc,
              4340 S Monaco St Unit 2,   Denver, CO 80237-3485
13416315     +E-mail/Text: bnc-bluestem@quantum3group.com Sep 28 2017 01:18:31     Cit/Fhut,
              6250 Ridgewood Road,   St Cloud, MN 56303-0820
13434985      E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2017 01:15:40     GE Capital Retail Bank,
              POB 965033,   Orlando, FL 32896-5033
13416323      E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2017 01:15:40     Gecrb/Jcp,   Po Box 984100,
              El Paso, TX 79998
13416324     +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2017 01:16:10     Gecrb/Walmart,   Po Box 981400,
              El Paso, TX 79998-1400
13736784      E-mail/PDF: resurgentbknotifications@resurgent.com Sep 28 2017 01:16:28     LVNV Funding LLC,
              c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13416328     +E-mail/PDF: cbp@onemainfinancial.com Sep 28 2017 01:15:40     Onemain,   Po Box 499,
              Hanover, MD 21076-0499
13529225      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2017 01:21:47
              Portfolio Recovery Associates, LLC,   PO Box 12914,   Norfolk VA 23541
13416329     +E-mail/Text: bankruptcynotices@psecu.com Sep 28 2017 01:18:31     PSECU,   P.O. Box 67013,
              Harrisburg PA 17106-7013
13416330     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2017 01:21:47
              Portfolio Recvry&Affil,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
13434998      E-mail/PDF: cbp@onemainfinancial.com Sep 28 2017 01:16:08     Springleaf Financial,
              Po Box 3251,   Evansville, IN 47731
13416335      E-mail/PDF: cbp@onemainfinancial.com Sep 28 2017 01:15:38     Springleaf Financial S,
              Po Box 3251,   Evansville, IN 47731
                                                                                      TOTAL: 12
```

```
District/off: 0315-7          User: msch            Page 2 of 3          Date Rcvd: Sep 27, 2017
                              Form ID: 408           Total Noticed: 48


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            GMAC MORTGAGE, LLC
cr            The Bank of New York Mellon Et Al...
cr            The Bank of New York Mellon Trust Company, Et al.
13416311      Benfcl/Hfc
13416321      Fhut/Metbk
cr*           LVNV Funding LLC,   c/o Resurgent Capital Services,   P.O. Box 10587,
                Greenville, SC  29603-0587
13434967*     Altoona First Savings,   Logan Bv,   Altoona, PA 16602
13434968*    +Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
13434971*    +Beneficial/HFC,   P.O. Box 3425,   Buffalo, NY 14240-3425
13434970*    +Beneficial/Hfc,   Po Box 3425,   Buffalo, NY 14240-3425
13434975*   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court:  Capital One,   Po Box 85520,   Richmond, VA 23285)
13434979*   ++CITIFINANCIAL,   BANKRUPTCY FORECLOSURE UNIT,   1000 TECHNOLOGY DRIVE,   OFALLON MO 63368-2239
              (address filed with court:  Citifinancial,   300 Saint Paul Pl,   Baltimore, MD 21202)
13434974*    +Cach, Llc,   4340 S Monaco St Unit 2,   Denver, CO 80237-3485
13434976*    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13434977*    +Cit/Fhut,   6250 Ridgewood Road,   St Cloud, MN 56303-0820
13434978*    +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13434980*    +Citizens Bank,   1200 N 7th St,   Harrisburg, PA 17102-1419
13435001*   ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
              (address filed with court:  Webbank/Dfs,   1 Dell Way,   Round Rock, TX 78682)
13434981*    +Equity One,   301 Lipponcott Dr,   Marlton, NJ 08053-4197
13434984*    +Fnb Consumer Disc Co,   118 S Center Ave,   Somerset, PA 15501-2055
13434986*     Gecrb/Jcp,   Po Box 984100,   El Paso, TX 79998
13434987*    +Gecrb/Walmart,   Po Box 981400,   El Paso, TX 79998-1400
13434988*    +Gmac Mortgage,   3451 Hammond Ave,   Waterloo, IA 50702-5300
13434989*   ++IRWIN HOME EQUITY,   ATTN MELINDA LAYMAN,   P O BOX 929,   COLUMBUS IN 47202-0929
              (address filed with court:  Irwin Home Equity,   12677 Alcosta Blvd Ste 5,
                San Ramon, CA 94583)
13434990*    +Northwest Cons Disc Co,   129 S Juliana St,   Bedford, PA 15522-1304
13434991*    +Onemain,   Po Box 499,   Hanover, MD 21076-0499
13531381*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541)
13434993*    +Portfolio Recvry&Affil,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
13434994*    +Santander Consumer Usa,   Po Box 961245,   Ft Worth, TX 76161-0244
13434995*    +Sears/Cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
13434996*    +Sears/Cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
13434997*    +Soanb/Fbug,   745 Center Street,   Milford, OH 45150-1324
13435002*    +Wfnnb/Fashion Bug,   Po Box 182272,   Columbus, OH 43218-2272
13416309    ##+Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
                                                              TOTALS: 5, * 28, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0315-7            User: msch            Page 3 of 3            Date Rcvd: Sep 27, 2017
                               Form ID: 408           Total Noticed: 48


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2017 at the address(es) listed below:
            Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon Et Al...
             agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
            Andrew F Gornall    on behalf of Creditor    GMAC MORTGAGE, LLC agornall@goldbecklaw.com,
             bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
            Andrew John Marley    on behalf of Creditor    The Bank of New York Mellon Et Al...
             amarley@sterneisenberg.com,   ckohn@sterneisenberg.com
            James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon Trust Company, Et al.
             bkgroup@kmllawgroup.com
            Mario J. Hanyon    on behalf of Creditor    The Bank of New York Mellon Et Al... pawb@fedphe.com
            Mario J. Hanyon    on behalf of Creditor    The Bank of New York Mellon Trust Company, Et al.
             pawb@fedphe.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Paul W. McElrath, Jr.    on behalf of Debtor Howard B. Corle ecf@mcelrathlaw.com,
             donotemail.ecfbackuponly@gmail.com
            Paul W. McElrath, Jr.    on behalf of Joint Debtor Annette Grace Corle ecf@mcelrathlaw.com,
             donotemail.ecfbackuponly@gmail.com
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
            Thomas  Song    on behalf of Creditor    The Bank of New York Mellon Trust Company, Et al.
             thomas.song@phelanhallinan.com
                                                                              TOTAL: 11