**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>HOWARD B. CORLE<br>ANNETTE GRACE CORLE<br>  Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>  Movant<br>  vs.<br>No Repondents. | Case No.:12-70623 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

 1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

 2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

 3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

 4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 26, 2017

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/05/2012 and confirmed on 10/3/12 . The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | | |
|---|---:|---:|---:|
| Total Receipts | | | 83,179.35 |
| Less Refunds to Debtor | 2,371.51 | | |
| TOTAL AMOUNT OF PLAN FUND | | | 80,807.84 |
| Administrative Fees | | | |
|    Filing Fee | 0.00 | | |
|    Notice Fee | 0.00 | | |
|    Attorney Fee | 4,400.00 | | |
|    Trustee Fee | 3,078.81 | | |
|    Court Ordered Automotive Insurance | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | 7,478.81 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON | 0.00 | 34,194.87 | 0.00 | 34,194.87 |
|     Acct: 2683 | | | | |
|   SPECIALIZED LOAN SERVICING LLC | 0.00 | 12,721.20 | 0.00 | 12,721.20 |
|     Acct: 1653 | | | | |
|   BANK OF NEW YORK MELLON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2683 | | | | |
|   BANK OF NEW YORK MELLON | 1,165.58 | 1,165.58 | 0.00 | 1,165.58 |
|     Acct: 2683 | | | | |
|   SPECIALIZED LOAN SERVICING LLC | 212.02 | 212.02 | 0.00 | 212.02 |
|     Acct: 1653 | | | | |
|   ONE MAIN BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8135 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 7,293.29 | 7,293.29 | 909.64 | 8,202.93 |
|     Acct: 3930 | | | | |
| | | | | 56,496.60 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HOWARD B. CORLE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HOWARD B. CORLE | 634.15 | 634.15 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HOWARD B. CORLE | 1,737.36 | 1,737.36 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MAZZEI AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON MAZZEI ESQ | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
|   BENEFICIAL/HFC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9402 | | | | |
|   BURGMEIERS HAULING INC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   Acct: ? | | | | |
|   CACH LLC/CACV/COLLECT AMERICA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9208 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 1,164.39 | 1,164.39 | 0.00 | 1,164.39 |
|   Acct: 7502 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 708.40 | 708.40 | 0.00 | 708.40 |
|   Acct: 7664 | | | | |
|   EQUITY ONE INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6598 | | | | |
|   US DEPARTMENT OF EDUCATION | 9,362.87 | 9,362.87 | 0.00 | 9,362.87 |
|   Acct: 0588 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 509.68 | 509.68 | 0.00 | 509.68 |
|   Acct: 2031 | | | | |
|   FNB CONSUMER DISCOUNT++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0601 | | | | |
|   GEMB/JCPENNEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 7021 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 833.31 | 833.31 | 0.00 | 833.31 |
|   Acct: 1302 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 1,121.06 | 1,121.06 | 0.00 | 1,121.06 |
|   Acct: 9113 | | | | |
|   NORTHWEST CONSUMER DISCOUNT CC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0005 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 481.42 | 481.42 | 0.00 | 481.42 |
|   Acct: 0L90 | | | | |
|   PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9113 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 2,651.30 | 2,651.30 | 0.00 | 2,651.30 |
|   Acct: 3245 | | | | |
|   STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8536 | | | | |
|   DELL INC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 7867 | | | | |
|   ALTOONA FIRST SVNGS BANK/FRMR | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0671 | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9307 | | | | |
|   BENEFICIAL/HFC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9191 | | | | |
|   BENEFICIAL/HFC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4061 | | | | |
|   BENEFICIAL/HFC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4380 | | | | |
|   CHESTNUT RIDGE AREA JOINT MUNIC A | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3318 | | | | |
|   FINGERHUT DIR MKTNG INC/CIT** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2031 | | | | |
|   CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4574 | | | | |
|   CITIFINANCIAL INC (NON-RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3897 | | | | |
|   CITIFINANCIAL INC (NON-RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4994 | | | | |
|   CITIFINANCIAL INC (NON-RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5322 | | | | |
|   CITIZENS BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0001 | | | | |
|   WAL MART++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    Acct: 4552 | | | | |
|   IRWIN HOME EQUITY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 7766 | | | | |
|   NORTHWEST CONSUMER DISCOUNT CC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0001 | | | | |
|   NORTHWEST CONSUMER DISCOUNT CC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0001 | | | | |
|   SANTANDER CONSUMER USA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 1000 | | | | |
|   SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 8121 | | | | |
|   SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 9366 | | | | |
|   FASHION BUG++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 8184 | | | | |
|   FASHION BUG++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 8184 | | | | |
| | | | | 16,832.43 |

TOTAL PAID TO CREDITORS                                                           73,329.03

TOTAL
CLAIMED         0.00
PRIORITY    8,670.89
SECURED    16,832.43


Date: 09/26/2017                              /s/ Ronda J. Winnecour
                                              RONDA J WINNECOUR PA ID #30399
                                              CHAPTER 13 TRUSTEE WD PA
                                              600 GRANT STREET
                                              SUITE 3250 US STEEL TWR
                                              PITTSBURGH, PA  15219
                                              (412) 471-5566
                                              cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    HOWARD B. CORLE<br>    ANNETTE GRACE CORLE<br>            Debtor(s)<br><br>    Ronda J. Winnecour<br>            Movant<br>            vs.<br>    No Repondents. | Case No.:12-70623 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                                                         BY THE COURT:

                                                                                                          _____

                                                                                                          U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                            Case No. 12-70623-JAD
Howard B. Corle                                                   Chapter 13
Annette Grace Corle
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch               Page 1 of 3           Date Rcvd: Sep 27, 2017
                              Form ID: pdf900          Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2017.
```
db/jdb         +Howard B. Corle,    Annette Grace Corle,    3990 Cortland Drive,    New Paris, PA 15554-7703
cr             +OCWEN LOAN SERVICING, LLC,    Attn: Bankruptcy Department,    P.O. Box 24605,
                WEST PALM BEACH, FL 33416-4605
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
cr             +THE BANK OF NEW YORK MELLON,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
13416308        Altoona First Savings,    Logan Bv,    Altoona, PA 16602
13434969       +Beneficial,    P.O. Box 3425,    Buffalo, NY 14240-3425
13416310       +Beneficial/Hfc,    Po Box 3425,    Buffalo, NY 14240-3425
13434972       +Burgmeier's Hauling & Recycling, Inc.,    PO Box 929,    Altoona, PA 16603-0929
13434973       +C.R.A.J.M.A.,    320 Lane Metal Road,    New Paris, PA 15554-9238
13416313      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
13416317      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
                (address filed with court: Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202)
13416314       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13416316       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13482783        CitiFinancial, Inc.,    P.O. Box 70919,    Charlotte, NC 28272-0919
13416318       +Citizens Bank,    1200 N 7th St,    Harrisburg, PA 17102-1419
13416336      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: Webbank/Dfs,    1 Dell Way,    Round Rock, TX 78682)
13416319       +Equity One,    301 Lipponcott Dr,    Marlton, NJ 08053-4197
13416320       +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
13434982       +Fed Loan Service,    Po Box 69184,    Harrisburg, PA 17106-9184
13534832        FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
13434983       +Fingerhut/Metbk,    Post Office Box 166,    Newark, NJ 07101-0166
13416322       +Fnb Consumer Disc Co,    118 S Center Ave,    Somerset, PA 15501-2055
13416325       +Gmac Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
13416326      ++IRWIN HOME EQUITY,    ATTN MELINDA LAYMAN,    P O BOX 929,    COLUMBUS IN 47202-0929
                (address filed with court: Irwin Home Equity,    12677 Alcosta Blvd Ste 5,
                San Ramon, CA 94583)
13416327       +Northwest Cons Disc Co,    129 S Juliana St,    Bedford, PA 15522-1304
13434992       +P S E C U,    Po Box 1006,    Harrisburg, PA 17108-1006
13416331       +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
13416333       +Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13416332       +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13416334       +Soanb/Fbug,    745 Center Street,    Milford, OH 45150-1324
14308740       +Specialized Loan Servicing, LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
13434999       +State Coleection Services,    2509 S. Stoughton Rd.,    Madison, WI 53716-3314
13877855        The Bank of New York Mellon Trust Company,    c/o Ocwen Loan Servicing, LLC.,
                Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL 33416-4605
13481850        The Bank of New York Mellon et al,    GMAC Mortgage, LLC,    Attn: Payment Processing,
                Ft. Washington, PA 19034
13435000       +UPMC Bedford,    PO Box 382059,    Pittsburgh, PA 15250-0001
13416337       +Wfnnb/Fashion Bug,    Po Box 182272,    Columbus, OH 43218-2272

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13416312       +E-mail/Text: ebn@squaretwofinancial.com Sep 28 2017 01:18:22      Cach, Llc,
                4340 S Monaco St Unit 2,    Denver, CO 80237-3485
13416315       +E-mail/Text: bnc-bluestem@quantum3group.com Sep 28 2017 01:18:31      Cit/Fhut,
                6250 Ridgewood Road,    St Cloud, MN 56303-0820
13434985        E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2017 01:16:12      GE Capital Retail Bank,
                POB 965033,    Orlando, FL 32896-5033
13416323        E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2017 01:15:12      Gecrb/Jcp,    Po Box 984100,
                El Paso, TX 79998
13416324       +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2017 01:16:12      Gecrb/Walmart,    Po Box 981400,
                El Paso, TX 79998-1400
13736784        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 28 2017 01:21:46      LVNV Funding LLC,
                c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13416328       +E-mail/PDF: cbp@onemainfinancial.com Sep 28 2017 01:16:09      Onemain,    Po Box 499,
                Hanover, MD 21076-0499
13529225        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2017 01:21:47
                Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13416329       +E-mail/Text: bankruptcynotices@psecu.com Sep 28 2017 01:18:31      PSECU,    P.O. Box 67013,
                Harrisburg PA 17106-7013
13416330       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2017 01:21:48
                Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13434998        E-mail/PDF: cbp@onemainfinancial.com Sep 28 2017 01:15:10      Springleaf Financial,
                Po Box 3251,    Evansville, IN 47731
13416335        E-mail/PDF: cbp@onemainfinancial.com Sep 28 2017 01:15:11      Springleaf Financial S,
                Po Box 3251,    Evansville, IN 47731
                                                                                              TOTAL: 12
```

```
District/off: 0315-7          User: msch                  Page 2 of 3                   Date Rcvd: Sep 27, 2017
                              Form ID: pdf900             Total Noticed: 48


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              GMAC MORTGAGE, LLC
cr              The Bank of New York Mellon Et Al...
cr              The Bank of New York Mellon Trust Company, Et al.
13416311        Benfcl/Hfc
13416321        Fhut/Metbk
cr*             LVNV Funding LLC,   c/o Resurgent Capital Services,   P.O. Box 10587,
                 Greenville, SC   29603-0587
13434967*       Altoona First Savings,   Logan Bv,   Altoona, PA 16602
13434968*      +Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
13434971*      +Beneficial/HFC,   P.O. Box 3425,   Buffalo, NY 14240-3425
13434970*      +Beneficial/Hfc,   Po Box 3425,   Buffalo, NY 14240-3425
13434975*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,   Po Box 85520,   Richmond, VA 23285)
13434979*     ++CITIFINANCIAL,   BANKRUPTCY FORECLOSURE UNIT,   1000 TECHNOLOGY DRIVE,   OFALLON MO 63368-2239
               (address filed with court: Citifinancial,   300 Saint Paul Pl,   Baltimore, MD 21202)
13434974*      +Cach, Llc,   4340 S Monaco St Unit 2,   Denver, CO 80237-3485
13434976*      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13434977*      +Cit/Fhut,   6250 Ridgewood Road,   St Cloud, MN 56303-0820
13434978*      +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13434980*      +Citizens Bank,   1200 N 7th St,   Harrisburg, PA 17102-1419
13435001*     ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Webbank/Dfs,   1 Dell Way,   Round Rock, TX 78682)
13434981*      +Equity One,   301 Lipponcott Dr,   Marlton, NJ 08053-4197
13434984*      +Fnb Consumer Disc Co,   118 S Center Ave,   Somerset, PA 15501-2055
13434986*       Gecrb/Jcp,   Po Box 984100,   El Paso, TX 79998
13434987*      +Gecrb/Walmart,   Po Box 981400,   El Paso, TX 79998-1400
13434988*      +Gmac Mortgage,   3451 Hammond Ave,   Waterloo, IA 50702-5300
13434989*     ++IRWIN HOME EQUITY,   ATTN MELINDA LAYMAN,   P O BOX 929,   COLUMBUS IN 47202-0929
               (address filed with court: Irwin Home Equity,   12677 Alcosta Blvd Ste 5,
                 San Ramon, CA 94583)
13434990*      +Northwest Cons Disc Co,   129 S Juliana St,   Bedford, PA 15522-1304
13434991*      +Onemain,   Po Box 499,   Hanover, MD 21076-0499
13531381*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541)
13434993*      +Portfolio Recvry&Affil,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
13434994*      +Santander Consumer Usa,   Po Box 961245,   Ft Worth, TX 76161-0244
13434995*      +Sears/Cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
13434996*      +Sears/Cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
13434997*      +Soanb/Fbug,   745 Center Street,   Milford, OH 45150-1324
13435002*      +Wfnnb/Fashion Bug,   Po Box 182272,   Columbus, OH 43218-2272
13416309      ##+Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
                                                                                           TOTALS: 5, * 28, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-7          User: msch                 Page 3 of 3                  Date Rcvd: Sep 27, 2017
                              Form ID: pdf900            Total Noticed: 48
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2017 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon Et Al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    GMAC MORTGAGE, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew John Marley    on behalf of Creditor    The Bank of New York Mellon Et Al...
               amarley@sterneisenberg.com, ckohn@sterneisenberg.com
              James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon Trust Company, Et al.
               bkgroup@kmllawgroup.com
              Mario J. Hanyon    on behalf of Creditor    The Bank of New York Mellon Et Al... pawb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor    The Bank of New York Mellon Trust Company, Et al.
               pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Howard B. Corle ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Annette Grace Corle ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas  Song    on behalf of Creditor    The Bank of New York Mellon Trust Company, Et al.
               thomas.song@phelanhallinan.com
                                                                                             TOTAL: 11
```