**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   HOWARD B. CORLE<br>   ANNETTE GRACE CORLE<br>       Debtor(s)<br><br>   Ronda J. Winnecour<br>       Movant<br>       vs.<br>   No Repondents. | **DEFAULT O/E JAD**<br><br>Bankruptcy No. 12-70623-JAD<br><br>Chapter 13<br><br>Related To Doc. No. 125 |

**ORDER OF COURT**

     AND NOW, this **8th** day of **November**, 2017, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtors and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

     (1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

     (2) The Debtors are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

     (3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

     (4) Property of the estate hereby revests in the Debtors. This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

     (5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

     (6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
11/8/17 11:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____ mas
JEFFERY A. DELLER
CHIEF U.S. BANKRUPTCY JUDGE

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                           Case No. 12-70623-JAD
Howard B. Corle                                                  Chapter 13
Annette Grace Corle
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0315-7          User: dkam                 Page 1 of 3                  Date Rcvd: Nov 08, 2017
                              Form ID: pdf900            Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2017.
db/jdb         +Howard B. Corle,    Annette Grace Corle,   3990 Cortland Drive,    New Paris, PA 15554-7703
cr             +OCWEN LOAN SERVICING, LLC,    Attn: Bankruptcy Department,    P.O. Box 24605,
                 WEST PALM BEACH, FL 33416-4605
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
cr             +THE BANK OF NEW YORK MELLON,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
cr             +Wilmington Savings Fund Society,    P. O. Box 9013,    Addison, TX 75001-9013
13416308        Altoona First Savings,    Logan Bv,   Altoona, PA 16602
13434969       +Beneficial,   P.O. Box 3425,    Buffalo, NY 14240-3425
13416310       +Beneficial/Hfc,    Po Box 3425,   Buffalo, NY 14240-3425
13434972       +Burgmeier's Hauling & Recycling, Inc.,    PO Box 929,    Altoona, PA 16603-0929
13434973       +C.R.A.J.M.A.,    320 Lane Metal Road,    New Paris, PA 15554-9238
13416313      ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
13416317      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,   1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
               (address filed with court: Citifinancial,     300 Saint Paul Pl,    Baltimore, MD 21202)
13416314       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13416316       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13482783        CitiFinancial, Inc.,    P.O. Box 70919,   Charlotte, NC 28272-0919
13416318       +Citizens Bank,    1200 N 7th St,   Harrisburg, PA 17102-1419
13416336      ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Webbank/Dfs,     1 Dell Way,    Round Rock, TX 78682)
13416319       +Equity One,    301 Lipponcott Dr,   Marlton, NJ 08053-4197
13416320       +Fed Loan Serv,    Po Box 69184,   Harrisburg, PA 17106-9184
13434982       +Fed Loan Service,    Po Box 69184,   Harrisburg, PA 17106-9184
13534832        FedLoan Servicing,    P.O. Box 69184,   Harrisburg, PA 17106-9184
13416322       +Fnb Consumer Disc Co,    118 S Center Ave,   Somerset, PA 15501-2055
13416325       +Gmac Mortgage,    3451 Hammond Ave,   Waterloo, IA 50702-5300
13416326      ++IRWIN HOME EQUITY,    ATTN MELINDA LAYMAN,   P O BOX 929,    COLUMBUS IN 47202-0929
               (address filed with court: Irwin Home Equity,     12677 Alcosta Blvd Ste 5,
                 San Ramon, CA 94583)
13416327       +Northwest Cons Disc Co,    129 S Juliana St,   Bedford, PA 15522-1304
13434992       +P S E C U,   Po Box 1006,    Harrisburg, PA 17108-1006
13416331       +Santander Consumer Usa,    Po Box 961245,   Ft Worth, TX 76161-0244
13416333       +Sears/Cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
13416332       +Sears/Cbna,    Po Box 6189,   Sioux Falls, SD 57117-6189
13416334       +Soanb/Fbug,    745 Center Street,   Milford, OH 45150-1324
14308740       +Specialized Loan Servicing, LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
13434999       +State Coleection Services,    2509 S. Stoughton Rd.,    Madison, WI 53716-3314
13877855        The Bank of New York Mellon Trust Company,    c/o Ocwen Loan Servicing, LLC.,
                 Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL 33416-4605
13481850        The Bank of New York Mellon et al,    GMAC Mortgage, LLC,    Attn: Payment Processing,
                 Ft. Washington, PA 19034
13435000       +UPMC Bedford,    PO Box 382059,   Pittsburgh, PA 15250-0001
13416337       +Wfnnb/Fashion Bug,    Po Box 182272,   Columbus, OH 43218-2272

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13416312       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 09 2017 01:18:57      Cach, Llc,
                 4340 S Monaco St Unit 2,    Denver, CO 80237-3485
13416315       +E-mail/Text: bnc-bluestem@quantum3group.com Nov 09 2017 01:09:44      Cit/Fhut,
                 6250 Ridgewood Road,    St Cloud, MN 56303-0820
13434983       +E-mail/Text: bnc-bluestem@quantum3group.com Nov 09 2017 01:09:44      Fingerhut/Metbk,
                 Post Office Box 166,    Newark, NJ 07101-0166
13434985        E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2017 01:13:01      GE Capital Retail Bank,
                 POB 965033,   Orlando, FL 32896-5033
13416323        E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2017 01:12:50      Gecrb/Jcp,   Po Box 984100,
                 El Paso, TX 79998
13416324       +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2017 01:13:12      Gecrb/Walmart,    Po Box 981400,
                 El Paso, TX 79998-1400
13736784        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 09 2017 01:19:08      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13416328       +E-mail/PDF: cbp@onemainfinancial.com Nov 09 2017 01:13:11      Onemain,   Po Box 499,
                 Hanover, MD 21076-0499
13529225        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2017 01:33:04
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13416329       +E-mail/Text: bankruptcynotices@psecu.com Nov 09 2017 01:09:46      PSECU,   P.O. Box 67013,
                 Harrisburg PA 17106-7013
13416330       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2017 01:19:09
                 Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13434998        E-mail/PDF: cbp@onemainfinancial.com Nov 09 2017 01:13:01      Springleaf Financial,
                 Po Box 3251,   Evansville, IN 47731
```

```
District/off: 0315-7          User: dkam                 Page 2 of 3                  Date Rcvd: Nov 08, 2017
                              Form ID: pdf900            Total Noticed: 49

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13416335         E-mail/PDF: cbp@onemainfinancial.com Nov 09 2017 01:12:49      Springleaf Financial S,
                 Po Box 3251,    Evansville, IN 47731
                                                                                                TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               GMAC MORTGAGE, LLC
cr               The Bank of New York Mellon Et Al...
cr               The Bank of New York Mellon Trust Company, Et al.
13416311         Benfcl/Hfc
13416321         Fhut/Metbk
cr*              LVNV Funding LLC,   c/o Resurgent Capital Services,   P.O. Box 10587,
                 Greenville, SC  29603-0587
13434967*        Altoona First Savings,    Logan Bv,   Altoona, PA 16602
13434968*       +Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
13434971*       +Beneficial/HFC,   P.O. Box 3425,   Buffalo, NY 14240-3425
13434970*       +Beneficial/Hfc,   Po Box 3425,   Buffalo, NY 14240-3425
13434975*      ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,   Po Box 85520,   Richmond, VA 23285)
13434979*      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,   1000 TECHNOLOGY DRIVE,   OFALLON MO 63368-2239
                 (address filed with court: Citifinancial,   300 Saint Paul Pl,   Baltimore, MD 21202)
13434974*       +Cach, Llc,   4340 S Monaco St Unit 2,   Denver, CO 80237-3485
13434976*       +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13434977*       +Cit/Fhut,   6250 Ridgewood Road,   St Cloud, MN 56303-0820
13434978*       +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13434980*       +Citizens Bank,   1200 N 7th St,   Harrisburg, PA 17102-1419
13435001*      ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                 (address filed with court: Webbank/Dfs,   1 Dell Way,   Round Rock, TX 78682)
13434981*       +Equity One,   301 Lipponcott Dr,   Marlton, NJ 08053-4197
13434984*       +Fnb Consumer Disc Co,   118 S Center Ave,   Somerset, PA 15501-2055
13434986*        Gecrb/Jcp,   Po Box 984100,   El Paso, TX 79998
13434987*       +Gecrb/Walmart,   Po Box 981400,   El Paso, TX 79998-1400
13434988*       +Gmac Mortgage,   3451 Hammond Ave,   Waterloo, IA 50702-5300
13434989*      ++IRWIN HOME EQUITY,   ATTN MELINDA LAYMAN,   P O BOX 929,   COLUMBUS IN 47202-0929
                 (address filed with court: Irwin Home Equity,   12677 Alcosta Blvd Ste 5,
                 San Ramon, CA 94583)
13434990*       +Northwest Cons Disc Co,   129 S Juliana St,   Bedford, PA 15522-1304
13434991*       +Onemain,   Po Box 499,   Hanover, MD 21076-0499
13531381*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541)
13434993*       +Portfolio Recvry&Affil,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
13434994*       +Santander Consumer Usa,   Po Box 961245,   Ft Worth, TX 76161-0244
13434995*       +Sears/Cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
13434996*       +Sears/Cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
13434997*       +Soanb/Fbug,   745 Center Street,   Milford, OH 45150-1324
13435002*       +Wfnnb/Fashion Bug,   Po Box 182272,   Columbus, OH 43218-2272
13416309        ##+Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
                                                                                        TOTALS: 5, * 28, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                                  Signature:  /s/Joseph Speetjens

```
District/off: 0315-7          User: dkam              Page 3 of 3             Date Rcvd: Nov 08, 2017
                              Form ID: pdf900         Total Noticed: 49
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2017 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon Et Al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    GMAC MORTGAGE, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew John Marley    on behalf of Creditor    The Bank of New York Mellon Et Al...
               amarley@sterneisenberg.com, ckohn@sterneisenberg.com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon Trust Company, Et al.
               bkgroup@kmllawgroup.com
              Mario J. Hanyon    on behalf of Creditor    The Bank of New York Mellon Et Al... pawb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor    The Bank of New York Mellon Trust Company, Et al.
               pawb@fedphe.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Howard B. Corle ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Annette Grace Corle ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Thomas Song    on behalf of Creditor    The Bank of New York Mellon Trust Company, Et al.
               thomas.song@phelanhallinan.com
                                                                                              TOTAL: 11
```